**SUN STUDS, INC., Plaintiff–Appellant,**

v.

**ATA EQUIPMENT LEASING, INC., Applied Theory, Inc., and U.S. Natural Resources, Inc., Defendants/Cross–Appellants.**

Nos. 87–1509, 87–1515.

United States Court of Appeals, Federal Circuit.

Aug. 16, 1989.

## ORDER

A suggestion for rehearing in banc having been filed in this case, and a response thereto having been invited by the court and filed,

**1584**

UPON CONSIDERATION THEREOF, it is

ORDERED that the suggestion for rehearing in banc be, and the same hereby is, accepted. Additional briefing and argument are not indicated at this time.